Josephine Wantroba, Appellant, v. Chicago Surface Lines and Commonwealth Edison Company, Appellees.

Gen. No. 43,406.

Heard in the first division, first district, this court at the June term, 1945; opinion filed January 7, 1946; released for publication January 21, 1946. Miller & Moss and J. J. Klepak, for appellant; Kellam Foster, of counsel; Frank L. Kriete, W. F. McLaughlin and Arthur J. Donovan, for appellees; William J. Flaherty, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.

Claire Elizabeth Martin, Appellee, v. Robert E. Martin, Appellant.

Gen. No. 43,430.

Heard in the first division, first district, this court at the June term, 1945; opinion filed January 7, 1946; rehearing denied January 21, 1946; released for publication January 21, 1946. Laurence M. Fine, for appellant; Joseph B. East, for appellee. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.